IT IS SO ORDERED.

Dated: February 11, 2015
      09:21:25 AM

_Kay Woods_
Kay Woods
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | CASE NO. 11-42246 |
| | ) | |
| JASON S. GILLIS | ) | CHAPTER 13 |
| MISTY A. GILLIS | ) | |
| | ) | JUDGE KAY WOODS |
| Debtors | ) | |

### ORDER SEVERING JOINT ADMINISTRATION OF CASE

This matter came on for consideration by the Court upon the motion of Debtor Jason S. Gillis to sever joint administration of this case, pursuant to 11 U.S.C. § 302(b) and to convert his case to one under Chapter 7 of the Bankruptcy Code, pursuant to 11 U.S.C. § 1307(a) (the "Motion"). The Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

**IT IS ORDERED THAT:**

1. The Motion, except as otherwise modified herein, is GRANTED;

2. This case is hereby severed to permit separate administration;

3. The chapter 13 case of Misty A. Gillis shall remain known as Case No. 11-42246;

4. The Clerk is directed to issue a new chapter 13 case number for Jason S. Gillis.

# # #

Prepared, Approved and Submitted by:

/s/ Melissa Macejko
Melissa Macejko, Esq. (#0070974)
29 E. Front St., 2nd Floor
P.O. Box 1497
Youngstown, OH 44501-1497
Telephone: (330) 744-9007
Facsimile: (330) 744-5857
Email: mmacejko@suharlaw.com

Counsel for Debtor Jason S. Gillis